UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL ALFONSO TAPIA-GONZALEZ | No. 1:26-mj-_____-JCN |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Ryan J. Moayed, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Border Patrol Agent with the United States Border Patrol. Currently, I am assigned to the Rangeley Border Patrol Station in Rangeley, Maine. I graduated from Trabuco Hills High School in Mission Viejo, California in June 2019. After graduating High School I joined the United States Navy as an active duty sailor and was honorably discharged in January of 2025. I have been an employee of the United States Border Patrol since April 14, 2025. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in October 2025.

2. I make this affidavit in support of a Criminal Complaint charging MIGUEL ALFONSO TAPIA-GONZALEZ with one count of Illegal Re-Entry of Alien After Removal, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my review of materials and reports prepared by other law enforcement officers and conversations with involved personnel, as well as my training and experience as a Border Patrol agent.

## STATEMENT OF PROBABLE CAUSE

3. On March 8, 2026 at approximately 10:30 a.m., I was patrolling in the Augusta, Maine area. I noticed a California-plated automobile at a hotel parking lot. In my experience, it is not common to see California-plated vehicles in my area of responsibility, accordingly, I ran a registration check on the plate. I confirmed that it was registered in the name of a specific individual but was unable to obtain any additional information. Accordingly, I continued my patrol duties.

4. At approximately 11:15 a.m., I pulled into the parking lot of an Augusta office supply store, intending to purchase some needed supplies. Upon pulling in, I observed the same California-plated vehicle just as two men exited the vehicle. I exited my patrol vehicle and said hello to the two men. One man stopped to say hello, while the other man (subsequently identified as MIGUEL ALFONSO TAPIA-GONZALEZ) proceeded into the store.

5. I introduced myself to the man who stopped in the parking lot and identified myself as a U.S. Border Patrol Agent. We then had a conversation in the parking lot. The man told me he was a citizen of Mexico and was a Lawful Permanent Resident (LPR), but he did not have his LPR identification card on him. Using a mobile application on my government issued cellular device, I was able to confirm the man's status as an LPR, and I advised him that he was required to keep his card on him at all times.

6. As I finished speaking with him, TAPIA-GONZALEZ exited the store and approached us and asked what we were doing. I introduced myself to TAPIA-GONZALEZ and told him I was speaking to his friend about his friend's immigration status. I then asked TAPIA-GONZALEZ what country he was a citizen of, and he responded Mexico. I then asked him if he and any documents demonstrating he was in

the country lawfully, TAPIA-GONZALEZ responded that he did not and that he had entered the country unlawfully.

7. I then told TAPIA-GONZALEZ that he was being detained for immigration purposes as he was in the country illegally. TAPIA-GONZALEZ complied with my instructions, and I placed him in my patrol vehicle and transported him to the Rangeley Border Patrol Station for processing.

8. While processing of TAPIA-GONZALEZ I discovered that he was previously ordered deported and had been removed from the United States on about January 20, 2015, at Harlingen, Texas, and again on June 2, 2018 at San Ysidro, California, and again on January 15, 2019 at San Ysidro, California. I also confirmed that available records reveal no request by TAPIA-GONZALEZ to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to reapply for admission to the United States.

9. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe MIGUEL ALFONSO TAPIA-GONZALEZ has violated Title 8, United States Code, Section 1326(a).

I, Ryan J. Moayed, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

_____
Ryan J. Moayed,
Border Patrol Agent
United States Border Patrol

Sworn and subscribed before me this 10TH day of March 2026.

_____
John C. Nivison
United States Magistrate Judge

4